**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC



FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYKAZ ABRAHAMYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, an Ohio Corporation<br>EQUIFAX INFORMATION SERVICES, LLC, A Georgia Limited Liability Company<br>TRANS UNION, LLC, A Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV 12-04165 JFW (SHx)<br><br>Hon. John F. Walter, Courtroom 16<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff Haykaz Abrahamyan has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation to Dismiss Entire Action Without Prejudice has been signed and filed with the Court. Having considered the Stipulation to Dismiss, the Court makes and delivers the following ruling:

826712.1

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Haykaz Abrahamyan against Defendant Trans Union LLC are in all
3  respects dismissed without prejudice, with court costs to be paid by the party
4  incurring same.
5  DATED this 2nd day of January 2013

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

826712.1

2

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE