JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYKAZ ABRAHAMYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No:2:12-cv-04165-JFW-SH<br><br>~~(Proposed)~~<br>ORDER GRANTING STIPULATION OF DISMISSAL |

IT IS HEREBY ORDERED THAT the above-entitled action having been amicably adjusted and stipulated by and between the parties, that the matter be dismissed with prejudice and without costs to either party.

Dated: 1/8/13

John F. Walter /s/
United States District Court Judge